# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HRAPOWICKI, | ) Case No.: 4:11-cv-108-JEJ |
| Plaintiff, | ) |
| v. | ) **(Unlawful Debt Collection Practices)** |
| LTD FINANCIAL SERVICES, L.P., | ) |
| Defendant, | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID: 57100
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 15th day of April 2011, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by electronic mail to:

Manny Newburger, Esq.
Barron, Newburger & Sinsley, PLLC
5718 Westhemimer, Suite 1755
Houston, TX 77057

<u>/S/ Craig Thor Kimmel</u>
Craig Thor Kimmel, Esquire
Attorney ID: 57100
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002